# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00206-CV

**Metropolitan Water Company, L.P., Appellant**

**v.**

**Blue Water Vista Ridge, LLC; and Wilmington Trust, N.A.,
as Trustee of the Burleson/Milam Master Lease Trust, Appellees**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-001598, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

  Appellant Metropolitan Water Company, L.P. has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 21-10903). *See* Tex. R. App. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *See id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of this appeal for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Byrne, Justices Triana and Kelly

Bankruptcy

Filed:   December 1, 2021